AO 245B (3/96) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

## Western District of Washington

UNITED STATES OF AMERICA
v.
MICHAEL ABRAHAM

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: CR98-5381FDB-01

ENTERED ON DOCKET APR 29, 1999

FILED LODGED RECEIVED APR 29 1999 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA BY DEPUTY

Robert Gombiner
Defendant's Attorney

**THE DEFENDANT:**

__XX__ pleaded guilty to the Superseding Information on January 22, 1999
____ pleaded nolo contendere to count(s) _____ which was accepted by the court.
____ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 228 | Willful Failure to Pay Child Support | 09/23/98 | I |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) _____

____ Count ____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 11/15/58

Defendant's USM No.: 28332-086

Defendant's Residence Address:

10552 Sun Valley Court

Palos Hills, IL 60465

Defendant's Mailing Address:

Same

ROBB LONDON
Assistant United States Attorney

April 23, 1999
Date of Imposition of Sentence

*(signature)*

THE HONORABLE FRANKLIN D. BURGESS
United States District Judge
Name & Title of Judicial Officer

4/29/99
Date

39

Defendant: MICHAEL ABRAHAM  
Case Number: CR99-5381FDB  
Judgment--Page 2 of 5

# PROBATION

The defendant is hereby placed on probation for a term of __ONE YEAR__

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.
>
> \_\_\_ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

__XX__ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921 (Check, if applicable.)

> If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below):

### SEE ATTACHED SPECIAL CONDITIONS OF SUPERVISION

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer 10 days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: MICHAEL ABRAHAM  
Case Number: CR99-5381FDB

Judgment--Page 3 of 5

# ADDITIONAL TERMS OF PROBATION

1. The defendant shall be prohibited from possessing a firearm or destructive device as defined in Title 18, U.S.C., § 921.

2. The defendant shall participate as instructed by her U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency or substance abuse, which may include testing to determine if she has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.

3. The defendant shall submit to mandatory drug testing pursuant to 18 U.S.C. § 3563(a)(4) and 18 U.S.C. 3583(d).

4. The defendant shall provide the probation officer with access to any requested financial information including authorization to conduct credit checks and obtain copies of his Federal Income Tax Returns.

Defendant: MICHAEL ABRAHAM  Judgment--Page 4 of 5
Case Number: CR99-5381FDB

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $25.00 /10.00 | $ | $25,200.00 |

___ If applicable, restitution amount ordered pursuant to plea agreement ................... $ _____

## FINE

XX  The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

___ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:
  ___ The interest requirement is waived.
  ___ The interest requirement is modified as follows:

## RESTITUTION

___ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such determination.

___ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Division of Child Support<br>P.O. Box 9008<br>Olympia, WA 98507-9008<br>Re: Katheryn Olson | $25,200 | $25,200 | |
| **Totals:** | $ 25,200 | $ 25,200 | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
___ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:
  ___ The interest requirement is waived.
  ___ The interest requirement is modified as follows:

Defendant: MICHAEL ABRAHAM  
Case Number: CR99-5381FDB

Judgment--Page 5 of 5

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  XX  in full immediately.

B  ___  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ___  not later than _____; or

D  ___  in installments to commence ___ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ___  in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

__XX__ MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO:

United States District Court Clerk, Western District of Washington. For restitution payments, the Court is to forward money received to Washington Division of Child Support. See address on page 4 of this judgment.

_____ The defendant shall pay the cost of prosecution.

_____ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.